**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

■ ___2nd___   Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Jose A Castro__    JOINT DEBTOR:_____    CASE NO: 14-29524 BKC-AJC
Last Four Digits of SS# __2921__    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___36___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $____516.03____ for months __1__ to __7__;
  B.  $___2,266.96___ for months __8__ to _____;
  C.  $_____94.97____ for months __9__ to __36__; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3,500.00 + 2,500.00 + 500(Mod) + 275.00 Costs = $6,775.00
                   TOTAL PAID  - $ 1,500.00
                   Balance Due  - $ 5,275.00   payable $__484.70__/month (Months __1__ to __7__)
                                               payable $____0.00__/month (Months __8__ to ____)
                                               payable $___81.84__/month (Months __9__ to __31__)

Secured Creditors:   [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  __Bank of America__                        **MMM Program – DENIED 02/13/2015**
Address: __450 American St__                   Payment $____0.00__/month (Months __1__ to __7__)
         __Simi Valley, CA 93065__             Payment $ 2,040.26 /month (Months __8__ to ____)
Account No: __176999512__                      Payment $____0.00__/month (Months __9__ to __36__)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____    Total Due $_____
                              Payable  $_____/month  (Months_____ to _____)

Unsecured Creditors:   Pay $____0.00_/month (Months __1__ to __8__)
                       Pay $____3.63_/month (Months __9__ to __31__)
                       Pay $___85.47_/month (Months __32__ to __36__)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:   Bank of America NA is outside the plan with consent to relief from stay.
**The debtor will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/      Jose A Castro
Debtor
Date:   04/30/2015


LF-31 (rev. 01/08/10)